

# Court of Appeals
## Sixth Appellate District of Texas

### J U D G M E N T

Derek Bernard Howard, Appellant

No. 06-14-00006-CR    v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 37,767-B).  Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's nunc pro tunc judgment (1) to correctly reflect that the date of offense was November 18, 2008, (2) to delete the special finding that the State elected to abandon the first enhancement and proceed on the second enhancement, and (3) to correctly reflect that Tanya L. Reed represented the State in this case.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Derek Bernard Howard, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED OCTOBER 15, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk